UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 20-00733-DOC-(DFMx) | Date | June 26, 2020 |
|---|---|---|---|
| Title | RAFAEL ARROYO, JR., v. DK EUCLID, LP. et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Deputy Clerk

Debbie Gale
Court Reporter

ATTORNEYS PRESENT FOR PLAINITFF:

Raymond Ballister, Jr.

ATTORNEY PRESENT FOR DEFENDANT:

Adrienne Lee

**PROCEEDINGS:   SCHEDULING CONFERENCE (Not Held)**

Case called.   Court and counsel confer.   The Court dismisses, without prejudice, the State law claims.   The Court declines to exercise supplemental jurisdiction.   Defendant's verbal motion to dismiss the injunctive relief is GRANTED by the Court.   Plaintiff agrees that the claim for injunctive relief is moot.

: 21

Initials of Deputy Clerk   kd

CC: